AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

      FOR THE      DISTRICT OF      PUERTO RICO

UNITED STATES OF AMERICA,            **APPEARANCE**

      v.            CASE NUMBER: 97-020(PG)

**JOSE CARLOS RIVERA-RIVERA**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| July 24, 2008 | /s/Ilianys Rivera-Miranda |
| *Date* | *Signature* |
| | |
| | Ilianys Rivera-Miranda |
| | *Print Name* |
| | |
| | 350 Torre Chardon, Suite 1201 |
| | *Address* |
| | |
| | Hato Rey, Puerto Rico 00918 |
| | *City* |
| | |
| | (787) 766-5656 |
| | Phone Number |

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY, that on July 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsels of record.

     At San Juan, Puerto Rico, July 24, 2008.

                                                  S/Ilianys Rivera-Miranda
                                                 Ilianys Rivera-Miranda - 223006