### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v<br><br>JOSE CARLOS RIVERA-RIVERA,<br>*Defendant*. | CRIMINAL NO. 97-020 (PG) |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

1. Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for defendant **José Carlos Rivera-Rivera**.

2. Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and to the Federal Public Defender, Mr. Joseph C. Laws, Jr.

In San Juan, Puerto Rico, on the 11th day of August, 2008.

> **JOSEPH C. LAWS, JR.**
> **Federal Public Defender**
> **District of Puerto Rico**
>
> S/Melanie Carrillo-Jimenez
> MELANIE CARRILLO-JIMENEZ
> Assistant Federal Public Defender
> USDC-PR   225107
> 241 F.D. Roosevelt Avenue
> San Juan, PR  00918-2305
> Phone No. (787) 281-2441
> Melanie_Carrillo@fd.org

USA v. Jose Carlos Rivera-Rivera                                               Page 2
Criminal No. 97-020 (PG)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 11th day of August, 2008.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**

S/Melanie Carrillo-Jimenez
MELANIE CARRILLO-JIMENEZ
Assistant Federal Public Defender
USDC-PR   225107
241 F.D. Roosevelt Avenue
San Juan, PR  00918-2441
Phone No. (787) 281-4922
Melanie_Carrillo@fd.org